People v Kiarie (2025 NY Slip Op 04663)

People v Kiarie

2025 NY Slip Op 04663

Decided on August 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
LINDA CHRISTOPHER
PAUL WOOTEN, JJ.

2016-00430
 (Ind. No. 14-00779)

[*1]The People of the State of New York, respondent,
v
Kamau Kiarie, appellant.

Kamau Kiarie, Stormville, NY, appellant pro se.
Susan Cacace, District Attorney, White Plains, NY (Raffaelina Gianfrancesco of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 13, 2021 (People v Kiarie, 198 AD3d 814), affirming a judgment of the Supreme Court, Westchester County, rendered December 2, 2015.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., IANNACCI, CHRISTOPHER and WOOTEN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court